UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PARICK J. GABORIK,

    Plaintiff,

v.                                           Case No: 2:18-cv-166-FtM-38MRM

KATHERINE TAYLOR-RAY,
NAPLES TRUCK RENTAL LLC, AA
TRUCK RENTAL LLC and LEHIGH
ACRES TRUCK RENTAL LLC,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Defendants' Motion to Dismiss (Doc. 13) filed on April 17, 2018. Plaintiff filed an Amended Complaint (Doc. 15) on May 4, 2018. Because an amended pleading supersedes an original, motions directed at the superseded pleading are moot. *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint.").

Accordingly, it is now **ORDERED:**

Defendants' Motion to Dismiss (Doc. 13) is **DENIED as MOOT.**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of May 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record